David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| Andrei Ciobanu,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EASY LOANS CORPORATION and TRANS UNION, LLC,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-02222-APG-CWH<br><br>**STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE AS TO <u>TRANS UNION LLC ONLY</u>** |

　　　Plaintiff Andrei Ciobanu and Trans Union, LLC hereby stipulate and agree that the above-entitled action shall be dismissed with prejudice in accordance

…

…

…

…

…

…

…

…

with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Trans Union LLC**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated: March 9, 2016

| | |
|---|---|
| By:<br>/s/David H. Krieger, Esq.<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue<br>Suite 350<br>Henderson, Nevada 89123<br>*Attorney for Plaintiff* | By:<br>/s/Jason G. Revzin, Esq.<br>Lewis, Brisbois, Bisgaard & Smith, LLP<br>*Attorneys for Defendant Trans Union* |

### ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: March 11, 2016 _____